# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer Dailey, | Civil No. 08-4775 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Magistrate Judge Janie S. Mayeron concluded that the Administrative Law Judge did not err in denying Plaintiff's application for social security benefits. Accordingly, she has recommended that Plaintiff's Motion for Summary Judgment be denied and Defendant's be granted.

The undersigned has conducted a de novo review of the proceedings, and concludes that Judge Mayeron's thorough and well-reasoned decision is fully supported by the record before her and by controlling legal authorities.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Plaintiff's Response to Report and Recommendation (i.e., Objections) (Doc. No. 20) is **OVERRULED**;

3. Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**; and

4. Defendant's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**.

Dated: September 17, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge